UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 12-8691-MWF(FMOx)**                                    Dated: **December 26, 2013**

Title:       Janice Wyrick -v- Housing Authority of the City of Los Angeles, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Julieta Lozano                                           None Present
    Courtroom Deputy                                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                             None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

    In light of the Status Report re Settlement filed December 17, 2013, the Court sets a hearing on Order To Show Cause Re Dismissal for January 27, 2014 at 11:30 a.m. If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar. All other dates are hereby vacated.

    IT IS SO ORDERED.

MINUTES FORM 90                                        Initials of Deputy Clerk __jloz__
CIVIL - GEN