Frances M. Campbell (SBN 211563)
fcampbell@campbellfarahani.com
Nima Farahani (SBN 244492)
nfarahani@campbellfarahani.com
**CAMPBELL & FARAHANI, LLP**
15233 Ventura Boulevard, Suite 408
Sherman Oaks, California 91403
Telephone: (818) 999-4242
Facsimile: (818) 999-4246

Attorneys for Plaintiff Janice Wyrick

JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANICE WYRICK,<br><br>Plaintiff,<br><br>v.<br><br>HOUSING AUTHORITY OF THE CITY OF LOS ANGELES, *et al.*,<br><br>Defendants. | CASE NO. CV 12-8691-MWF(FMOx<br>ORDER ON<br>**STIPULATION FOR DISMISSAL**<br><br>Date: February 24, 2014<br>Time: 11:30 a.m.<br>Courtroom: 1600 |

Settlement of this matter having been completed, the parties hereto stipulate that this matter may be dismissed with prejudice.

Dated: February 21, 2014

Respectfully submitted,
CAMPBELL & FARAHANI, LLP

By: ______________________
Frances M. Campbell, Esq.
Attorneys for Plaintiff Janice Wyrick

[signatures continued on following page]

LAW OFFICES OF JOSEPH L. STARK & ASSOCIATES

By: ______________________
Joseph L. Stark, Esq.
Attorneys for Defendants Housing Authority of the City of Los Angeles and April Adams

KIMBALL, TIREY & ST. JOHN, LLP

By: ______________________
Abel Ortiz, Esq.
Attorneys for Defendants Related Management Co. and Normont Terrace, L.P. dba Harbor Village Apartments

**IT IS SO ORDERED.**

**DATED:** February 21, 2014

______________________

**UNITED STATES DISTRICT JUDGE**